# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**JEAN A. WALKER**                                                                                               **PLAINTIFF**

**v.**                                    **Case No. 4:20-cv-01090-LPR**

**ELF CONTRACTORS/ELSTON FORTE;**
**ROSE II ELECTRIC INC.**                                                                               **DEFENDANTS**

## JUDGMENT

Consistent with the Order that was entered on this day, it is considered, ordered, and adjudged that this case is hereby DISMISSED without prejudice.

IT IS SO ADJUDGED this 30th day of September, 2020.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE